Christian J. Younger, Bar No.: 222983
**FRIEND YOUNGER, PC**
11230 Gold Express Drive, Suite 305
Gold River, CA 95670
(916) 564-8100 Telephone
(916) 564-8116 Fax

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

In re:

BENNY PABLO YERRO &

LUCY NATALIE YERRO,

　　　　　Debtor(s).

Case No: 16-21519
DCN:　　CJY-2

Chapter 13

Date:　　January 3, 2017
Time:　　10:00 am
Place:　　501 I Street, 6th Fl., Courtroom 34
　　　　　Sacramento, CA

## MOTION TO APPROVE A TRIAL HOME LOAN MODIFICATION

1. Benny and Lucy Yerro ("Debtors"), hereby move the Court for an order authorizing the Debtors to enter an agreement to modify their existing home loan secured by real property located at 2775 Georgia Drive, Tracy, CA 95376.

2. The Debtors' current loan calls for payments of $2,340.85 per month and includes property taxes and home owner's insurance. The total balance owed on the mortgage is $402,897.69.

3. Debtors' lender, Wells Fargo Bank, N.A. has offered them a trial home loan modification to reduce their monthly mortgage payments to $2,200.03, which includes property taxes and home owner's insurance. A true and correct copy of the agreement is filed concurrently herewith in the List of Exhibits as Exhibit "A" and incorporated herein by this reference.

4. Debtors' income has not changed therefore debtors are not filing an amended schedule I.

5. Some of the debtors' monthly expenses are slightly higher than originally listed. Debtors have filed an amended schedule J to reflect their current expenses. A true and correct copy of the debtors' schedule J is located in the List of Exhibits as Exhibit "B".
6. Debtors will be filing a modified plan.
7. Once debtors receive the permanent loan modification debtors will file the motion to approve the loan modification with Court.

Dated: 12/8/16

By: FRIEND YOUNGER, PC

/s/ Christian J. Younger
Christian J. Younger
Attorney for Debtor(s)