Christian J. Younger, Bar No.: 222983
**FRIEND YOUNGER, PC**
11230 Gold Express Drive, Suite 305
Gold River, CA 95670
(916) 564-8100 Telephone
(916) 564-8116 Fax

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>BENNY PABLO YERRO &<br><br>LUCY NATALIE YERRO,<br><br>Debtor(s). | Case No: 16-21519<br>DCN:    CJY-2<br><br>Chapter 13<br><br>Date:   January 3, 2017<br>Time:   10:00 am<br>Place: 501 I Street, 6th Fl., Courtroom 34<br>        Sacramento, CA |

### EXHIBITS TO MOTION TO APPROVE A TRIAL HOME LOAN MODIFICATION

| | | |
|---|---|---|
| Exhibit A | Trial Home Loan Modification Agreement | Pages 2-7 |
| Exhibit B | Debtors' Amended Schedule J | Pages 8-9 |

Dated: 12/8/16

By: FRIEND YOUNGER, PC

/s/ Christian J. Younger
Christian J. Younger
Attorney for Debtor(s)

-1-



November 3, 2016

BENNY YERRO and LUCY YERRO
2775 GEORGIA DR
Tracy, CA 95376

**Account Information**

Online: wellsfargo.com
Fax: 1-866-590-8910
Telephone: 1-800-416-1472
Correspondence: PO Box 10355
Des Moines, IA 50306
Hours of Operation: Monday – Thursday, 7:00 a.m. – 9:00 p.m.
Friday, 7:00 a.m. – 8:00 p.m.
Saturday, 8:00 a.m. – 4:00 p.m.
Central Time
Loan Number: ~~~~~~~~
Property Address: 2775 GEORGIA DR
TRACY, CA 95376

PLEASE NOTE: This notice is being provided for informational purposes only. As a result of at least one bankruptcy case filing that included the above referenced account, Wells Fargo Home Mortgage is NOT attempting in any way to violate any provision of the United States Bankruptcy Code or to collect a debt (deficiency or otherwise) from any customer(s) who is impacted by an active bankruptcy case or has received a discharge, where the account was not otherwise reaffirmed or excepted from discharge. THIS IS NOT A BILL OR A REQUEST FOR PAYMENT AS TO THESE CUSTOMER(S). Your decision to discuss workout options with Wells Fargo Home Mortgage is strictly voluntary. You are not obligated to pursue any workout options discussed with us. At your request, we will immediately terminate any such discussions should you no longer wish to pursue these options.

Dear BENNY YERRO and LUCY YERRO,

Thank you for completing your mortgage assistance application.

**I'm pleased to share that you are approved for the federal government Home Affordable Modification Trial Period Plan (HAMP).** This is a big step toward keeping your home — entering the trial period gives you the opportunity to become current with your payments without further late fees.

Overview of your loan modification offer:
Trial period monthly mortgage payment: $2,200.03

To accept this offer, please give me a call within 15 days from the date at the top of this letter at 1-877-458-8417 Ext. 1335427065.

Once you've accepted the offer, please send us your trial payments by the dates indicated below:

1st payment:   $2,200.03   Due by:   January 1, 2017
2nd payment:  $2,200.03   Due by:   February 1, 2017
3rd payment:   $2,200.03   Due by:   March 1, 2017

Sometimes trial periods extend beyond the dates stated, so please continue to make your trial payments in the same amount by the same day of each month. You will also find more details about this in Section D: Other helpful information. I will reach out if there are further updates, and please don't hesitate to give me a call if you have questions.

Trial Period Plan Notice

Page 1 of 6

Doctype 50023
83882MU 04/10 Rev. 8/16



### What should you know before calling me to accept this offer

- If you are in active bankruptcy, the bankruptcy court's approval to modify your mortgage or release your mortgage from inclusion in the bankruptcy may still be required, even if your trial payment plan is complete. You can contact us for additional details.
- If you accept this offer, you are eligible to earn a number of incentives (see section B).
- If you accept this offer, you will forego incentives from previous loan modification programs (see section B).
- If you do not complete the trial period after accepting the offer, your mortgage will reflect the existing terms and provisions.

### What should you do after accepting this offer

Once you've accepted the offer, you can send your trial payments to the following address. Please remember to include your loan number with your payments.

Wells Fargo Home Mortgage
Box 51120
3440 Flair Drive
El Monte CA 91731

You can also learn about other ways to pay and additional information at wellsfargo.com/homeassist.

If you believe our decision on your eligibility for assistance is incorrect, you can appeal within 20 calendar days from the date of this letter. You can follow the instructions outlined in the enclosed Appeal Request Form.

Please continue to count on me to work with you, and feel free to contact me if you have any questions.

Sincerely,

*Brenda Dudley*

Brenda Dudley
Home Preservation Specialist
Wells Fargo Home Mortgage
1-877-458-8417 Ext. 1335427065

### Contact us

If you'd like to request information, notify us of an error, or share any concerns you may have about the servicing of your loan, please contact us at P.O. Box 10335, Des Moines, IA 50306. Please include your account number with all correspondence.



### Additional details
You will find details of the offer, your rights, free assistance and other helpful information on the following pages.
A. Your loan modification offer details
B. Important information you should know
C. Additional help that is available to you
D. Other helpful information

### A. Your loan modification offer details
You are approved for the Home Affordable Modification Program (HAMP)

How the program works:
This is the federal government's program that modifies the existing loan terms to create more affordable payments.

Here's a breakdown of your loan modification trial period offer:
Principal and interest amount: $1,897.66
Escrow property insurance: $129.92
Escrow property taxes: $172.45
Total: $2,200.03

Total monthly income used to make this decision: $7,298.00
Property value used to make this decision: $360,000.00

### B. Important information you should know

**By accepting the trial offer, you are eligible to gain incentives.**
Once your loan is modified, you may earn a pay-for-performance incentive for every month that you make on-time payments beginning with the Trial Period Plan payments. Depending on your modified monthly payment, you may accrue up to $1,000 each year for the first five years. This incentive will be applied to your mortgage loan each year beginning with the anniversary date of your first Trial Period Plan payment due date.
You can earn another pay-for-performance incentive of $5,000 after six years under HAMP. In order to be eligible for this $5,000 pay-for-performance incentive, you must be in good standing.

By remaining in good standing throughout the first six years under HAMP, you could earn up to $10,000 in total incentive amounts that will be applied to your balance. You will lose these benefits if your modified loan loses good standing, which means that the equivalent of three full monthly payments are due and unpaid on the last day of any month, at any time during this six year period, or your loan has been paid in full as of the sixth anniversary of your HAMP Trial Period Plan. If you lose this benefit, you will lose all accrued, unapplied incentive payments.

Note: If any incentive payment exceeds your total outstanding mortgage debt, the remaining amount of the incentive will be paid directly to you.

**If you are currently in HAMP, which is in good standing (which means you have not missed the equivalent of three full monthly payments as of the last day of any month), we want to make you aware of some important information regarding your current HAMP terms.**
If the terms of your first lien HAMP modification include Principal Reduction Alternative (PRA), you will no longer be eligible for forgiveness but rather the PRA balance will remain as a non-interest bearing deferred principal balance. Subsequent modification terms may also alter the non-interest bearing deferred principal balance.

If you are in a Second Lien Modification (2MP), by accepting new terms under your first lien mortgage you may lose 2MP incentives yet to be funded. If you are in a 2MP trial, by accepting new terms under your first lien mortgage you may become ineligible for 2MP.

**At the end of the trial period, your new principal balance will be recalculated to include any past due amounts. We will waive all late fees.**

Trial Period Plan Notice

Page 3 of 6

Doctype 50023
83882MU 04/10 Rev. 8/16



Any past due amounts as of the end of the trial period, including unpaid interest, real estate taxes, insurance premiums, and certain assessments paid on your behalf to a third party will be added to your mortgage loan balance (the "Past Due Arrearage Amount"). If you fulfill the terms of the trial period including, but not limited to, making the trial period payments, we will waive ALL unpaid late charges at the end of the trial period.

**If you accept a trial plan, we will establish an escrow account for you.**
Upon acceptance of the offer, you are required to continue to maintain an escrow account for property taxes and homeowners insurance and mortgage insurance premiums. The trial payment amounts include escrow amounts.

**Your trial monthly payment is an estimate and may change in the final modification.**
At this time, we are not able to calculate precisely the Past Due Arrearage Amount or the amount of the modified loan payment that will be due after successful completion of the trial period. As we near the end of the trial period, we will calculate any past due amount to determine your monthly payment and other modified loan terms.

**If a loan modification doesn't meet your needs, one of the following options may be right for you depending on the value of your home and the amount you owe on your mortgage.**
Traditional sale
If you have enough equity (ownership) in your home, you may be able to sell the house and use the proceeds to pay off the amount owed on your mortgage.

Short sale
If the amount you owe on your mortgage is higher than what you think you can sell your house for, this option allows you to list your home for sale for an amount less than what you owe.

Deed in lieu of foreclosure (also known as a mortgage release)
If you are unable to sell your home or believe a short sale is not the right alternative for you, this option involves transferring ownership of your property to your mortgage investor or Wells Fargo.

Speak with us and a real estate agent to determine if these options are right for you. You can also visit wellsfargo.com/homeassist for more information.

*You are eligible for a short sale and deed in lieu of foreclosure provided you meet the requirements.*



### C. Additional help that is available to you
There is free help available to you if you are struggling with expenses and trying to avoid foreclosure. Contact a counselor or financial specialist to help you manage expenses and avoid foreclosure. These financial coaching and counseling services are available to you at no cost.
- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.
- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.
- Never make your mortgage payments to anyone other than your mortgage company without their approval.

Free help is available to you from the Homeownership Preservation Foundation (HPF), a national non-profit agency specializing in consumer finance and education.
Call: 1-855-306-1536, Monday – Friday, 7:00 a.m. – 8:00 p.m. Eastern time

If you have questions on HAMP, call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673).

### D. Other helpful information
**There are no fees.**
Be sure you avoid anyone who asks for a fee for credit counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than Wells Fargo Home Mortgage.

**Your trial period may take longer than shown in this offer,**
Please note that your trial period may extend beyond the dates provided. For that reason, continue making your trial period payments in the same amount by the same day of each month you currently make your trial period payments until your home preservation specialist advises that you may move forward with a final modification or that you are no longer eligible for a modification.

Some reasons for the extension could be tied to other liens you have on your property that may be required to be cleared prior to final approval of your modification. For example, we may need to receive a subordination agreement from the other lenders so that we can maintain our lien position; or if you have a judgment placed on your property you may be required to pay off the lien. If you do not provide a subordination agreement from another lender or do not pay off a judgment lien as required, your modification may not be approved if you pay the trial period payments. Also, if you do not make all trial period payments as outlined above, including if your trial period payments were extended will result in your Trial Period Plan may not be approved.

Please contact your Home Preservation Specialist if you have any questions.

**If you currently have automated payments set up to make your regular mortgage payment, you will need to take action to stop those payments.**
If your payments are being electronically withdrawn, whether by us or any other provider, it is your responsibility to have withdrawals stopped if and when it is appropriate, but this would most likely be when you move from your current payment to a trial period payment. If you need Wells Fargo Home Mortgage to cancel your withdrawals, please call us at 866-386-8519 (Monday-Friday 6:00 a.m. to 10:00 p.m. Central Time and Saturday 8:00 a.m. to 2:00 p.m.) at least 5 business days prior to the date you wish to have the withdrawals stopped. If you would like to use our one-time payment service process to make your trial period payments by phone, please contact us at 866-412-6942.

### Modification process
Once we are able to finalize your modified loan terms near the end of this trial period, we will send you a loan modification agreement ("Modification Agreement"), which will reflect the terms of your modified loan. In addition to successfully completing the trial period, you will need to sign and promptly return to us both copies of the Modification Agreement or your loan cannot be modified.



**Contact SIGTARP if you are aware of fraud, waste, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program.**

Please contact SIGTARP to provide them with your name, our name as your servicer, your property address, loan number and reason for escalation.

Online Web address:
www.sigtarp.gov

By phone or fax
Toll-free number: 1-877-SIG-2009
Fax number: 1-202-622-4559

By mail address:
Hotline Office of the Special Inspector
General for Troubled Asset Relief Program
1801 L Street NW, Washington, DC 20220

**Legal notices**
The terms of your Trial Period Plan below are effective on the day you make your first trial period payment, provided you have paid it on or before **January 1, 2017**.
We will hold the trial period payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. You also agree that we will not pay your interest on the amounts held in the account. If any money is left in this account at the end of the Trial Period Plan, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.

Your current loan documents remain in effect; however, you may make the trial period payment instead of the payment required under your loan documents:

You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the Trial Period Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2016 Wells Fargo Bank, N. A. All rights reserved.
NMLSR ID 399801



**Fill in this information to identify your case:**

Debtor 1: Benny Pablo Yerro, Jr.

Debtor 2: Lucy Natalie Yerro
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number: 16-21519
(If known)

Check if this is:
■ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ■ Yes. Does Debtor 2 live in a separate household?

       ■ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No

   Do not list Debtor 1 and Debtor 2. ■ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter (Student) | 19 | ☐ No / ■ Yes |
   |  |  | ☐ No / ☐ Yes |
   |  |  | ☐ No / ☐ Yes |
   |  |  | ☐ No / ☐ Yes |
   |  |  | ☐ No / ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ■ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.     4. $ 0.00

   If not included in line 4:

   4a. Real estate taxes     4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance     4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses     4c. $ 75.00
   4d. Homeowner's association or condominium dues     4d. $ 0.00
5. Additional mortgage payments for your residence, such as home equity loans     5. $ 0.00

Debtor 1　Benny Pablo Yerro, Jr.
Debtor 2　Lucy Natalie Yerro　　　　　　　　　　　　　　　　　Case number (if known)　16-21519

| | | | |
|---|---|---|---:|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 287.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 120.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 310.00 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 750.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 125.00 |
| 10. | **Personal care products and services** | 10. $ | 100.00 |
| 11. | **Medical and dental expenses** | 11. $ | 70.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 190.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 75.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 52.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 212.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Estimated Taxes** | 16. $ | 200.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | Other: Specify:　**Contingency** | 21. +$ | 32.00 |
| | **Pet Food/Care** | +$ | 50.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 2,648.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 2,648.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 6,278.50 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 2,648.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | 3,630.50 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
 For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

 ■ No.
 ☐ Yes.　　Explain here: